UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| TERRANCE WALKER, | ) | 3:15-CV-0556-RCJ (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | May 11, 2016 |
| | ) | |
| CHARTER COMMUNICATIONS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's motion to strike (#66) defendants' discovery status report (#64) is **DENIED**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:          /s/
Deputy Clerk

