**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| TERRANCE WALKER, | ) | 3:15-CV-0556-RCJ (VPC) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | May 17, 2016 |
| CHARTER COMMUNICATIONS, INC., et al., | ) | |
| Defendants. | ) | |

PRESENT:    THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:        LISA MANN        REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is plaintiff's motion for guidance on performance review, protective orders, and duplicative requests of defendant (#68). Defendants opposed the motion (#91), and plaintiff replied (#92).

IT IS ORDERED that plaintiff's motion (#68) is **DENIED**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:         /s/
      Deputy Clerk