# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TERRANCE WALKER, | Case No.: 3:15-CV-00556-RCJ-CBC |
| Plaintiff, | ORDER SETTING STATUS CONFERENCE TUESDAY, DECEMBER 18, 2018 |
| Vs. | |
| CHARTER COMMUNICATIONS, INC., *et al.*, | |
| Defendants. | |

The above-entitled cause having been before the United States Court of Appeals for the Ninth Circuit, having affirmed in part, reversed in part and remanded to the District Court on October 31, 2018. Accordingly,

IT IS HEREBY ORDERED that a Status Conference for the purpose of setting this matter for trial is set for 10:00 A.M., Tuesday, December 18, 2018, in Courtroom 3, before Judge Robert C. Jones.

IT IS FURTHER ORDERED that the parties shall jointly file a Status Report with the Court on or before 5:00P.M., Friday, December 7, 2018.

IT IS FURTHER ORDERED that out-of-state counsel who request telephonic appearances shall file a Request to Appear Telephonically with the court on or before 5:00P.M., Friday, December 7, 2018.

IT IS SO ORDERED.

Dated this 2nd day of November, 2018.

_____
ROBERT C. JONES
Senior District Judge