# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

TERRANCE WALKER,

    Plaintiff,

Vs.

CHARTER COMMUNICATIONS, INC.., *et al.*,

    Defendants.

Case No.: 3:15-CV-00556-RCJ-CBC

ORDER

IT IS HEREBY ORDERED that Plaintiff's Motion for Stay of Proceedings Pending Securing of Counsel [First Request] (ECF No. 163) is GRANTED.

IT IS FURTHER ORDERED that the Status Conference currently set for December 18, 2018 at 10:00 A.M. is VACATED.

IT IS FURTHER ORDERED that this case is STAYED until January 29, 2019.

IT IS FURTHER ORDERED that a Status Conference is set for 10:00 A.M., Tuesday, January 29, 2018, in Reno Courtroom 3, before Judge Robert C. Jones.

IT IS SO ORDERED.

Dated this 10th day of December, 2018.

_____
ROBERT C. JONES
Senior District Judge