# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

TERRANCE WALKER,

        Plaintiff(s),

vs.

CHARTER COMMUNICATIONS, INC. and CHARTER COMMUNICATIONS, LLC,

        Defendant(s).

Case #3:15-cv-00556-RCJ-VPC

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____JOSEPH D. HADACEK_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

MORGAN, LEWIS & BOCKIUS LLP
(firm name)

with offices at    300 S. Grand Ave., 22nd Fl.   ,
(street address)

____Los Angeles____, ____California____, ____90071____,
(city)          (state)          (zip code)

____(213) 612-7262____, ____joseph.hadacek@morganlewis.com____.
(area code + telephone number)    (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

____Charter Communications, Inc.____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since May 22, 2015 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of California (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| USDC - Central District of California | September 20, 2016 | 303087 |
| USDC - Eastern District of California | May 30, 2018 | 303087 |
| State of New York | March 18, 2013 | Reg. No. 5112511 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

California, New York, and Los Angeles County Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None. | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1 | That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2 | FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ____California____ )
)
COUNTY OF ____Los Angeles____ )

____JOSEPH D. HADACEK____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__3rd__ day of __December__, __2018__.

_____
Notary Public or Clerk of Court

JENNY J. GRANADOS
Notary Public – California
Los Angeles County
Commission # 2194576
My Comm. Expires May 14, 2021

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ____Ingrid Myers____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

____1601 City View Court____,
(street address)

____Las Vegas____, ____Nevada____, ____89117____,
(city) (state) (zip code)

____702-252-7173____, ____ingrid.myers@morganlewis.com____.
(area code + telephone number) (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Ingrid Myers_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Charter Communications, Inc.
(type or print party name, title)

_____
(party's signature)

Charter Communications LLC
(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

6755      ingrid.myers@morganlewis.com
Bar number      Email address

APPROVED:

Dated: this 4th day of January, 2019.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# CERTIFICATE OF SERVICE

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-titled action. My business address is 300 South Grand Avenue, 22nd Floor, Los Angeles, California 90071.

On January 2, 2019, I served the within document:

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

| | |
|---|---|
| ☒ | by placing the document listed above in a sealed envelope with postage thereon fully prepaid, the United States mail at Los Angeles, California addressed as set forth below. |
| ☐ | by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery. |
| ☐ | by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below. |
| ☐ | by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below. |

| | |
|---|---|
| Terrance Walker<br>212 Hillcrest Dr., #1<br>Reno, Nevada 89509 | |

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made, and that the foregoing is true and correct under penalty of perjury.

Executed on at Los Angeles, California

_____
VICKI ANDERSON

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 30147371.1

3:15-CV-00556-RCJ-VPC

# THE STATE BAR
# OF CALIFORNIA

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617     TELEPHONE: 888-800-3400

## CERTIFICATE OF STANDING

November 28, 2018

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JOSEPH DANIEL HADACEK, #303087 was admitted to the practice of law in this state by the Supreme Court of California on May 22, 2015; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Denise Velasco
Custodian of Records