**Terrance Walker,** *in propria persona*
212 Hillcrest Drive # 1
Reno, NV 89509
Tel: +1.775.971.8679
Email: walkerbillion@gmail.com

**MORGAN, LEWIS & BOCKIUS LLP**
Ingrid A. Myers, Bar No. 6755
imyers@morganlewis.com
Kathryn T. McGuigan, *pro hac vice*
kmcguigan@morganlewis.com
Joseph D. Hadacek, *pro hac vice*
joseph.hadacek@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel:   +1.213.612.2500
Fax:   +1.213.612.2501
Attorneys for Defendants
CHARTER COMMUNICATIONS INC., and
CHARTER COMMUNICATIONS LLC

**IN THE UNITED STATES DISTRICT COURT FOR NEVADA**

Terrance Walker                          : **CIVIL CASE NO.** 3:15-CV-0556-RCJ(CBC)
    Plaintiff,                        :
        vs.                         :     STIPULATION TO CORRECT CAPTION
Charter Communications LLC,              :     AND DISMISS PARTY; AND ORDER THEREON
    Defendant.                        :

Pursuant to F.R.Civ. P. 41(a)(1), the following stipulation is entered into by and between Plaintiff, Terrance WALKER and Defendant, Charter Communications, LLC. named erroneously on the Operative Complaint (EFC 61) as Charter Communications, LLC and Charter Communications, Inc.

WHEREAS on April 19, 2016, Plaintiff Terrance WALKER filed his Amended Complaint (EFC 61) naming Defendant as Charter Communications, LLC and Charter Communications, Inc.

WHEREAS on February 16, 2019, Defendant properly identified the true name of Defendant as noted herein to be Charter Communications, LLC

The parties desire to enter into this stipulation to correct the pleadings in the First

Amended Complaint (EFC 61) and to identify the parties' true name. IT IS HEREBY STIPULATED by and between the parties that the true and proper name of the defendant is Charter Communications, LLC.

IT IS HEREBY STIPULATED by and between the parties that Charter Communications, Inc. will be dismissed with prejudice.

IT IS HEREBY STIPULATED by and between the parties that each shall bear its or his own costs, fees, attorney fees, and interest as it concerns Charter Communications, Inc's involvement in this action.

Accordingly, the parties respectfully request that the caption and the clerk's docket be corrected to reflect the true name of Defendant to be reflected as duly noted herein above.

IT IS SO STIPULATED.

Respectfully submitted,

By /s/  Terrance Walker                    Dated:  March 1, 2019
Terrance Walker

By /s/ *Kathryn T. McGuigan*                    Dated: March 1,  2019
MORGAN, LEWIS &; BOCKIUS LLP
Kathryn T. McGuigan
Joseph D. Hadacek
Attorneys for Defendant
CHARTER COMMUNICATIONS LLC

# **ORDER**

The Parties having so stipulated and good cause appearing, IT IS HEREBY ORDERED that the docket be corrected to reflect that the true name of Defendant, Charter Communications, LLC.

The Court DIRECTS the Clerk of the Court to correct the docket to reflect Defendant's true name Charter Communications, LLC

IT IS HEREBY ORDERED that Charter Communications, Inc. will be dismissed with prejudice.

IT IS HEREBY ORDERED that Charter Communications, Inc. and Terrance Walker will each bear their own costs, fees, attorney fees, and interest as it concerns Charter Communications, Inc's involvement in this action.

IT IS SO ORDERED.

March 4, 2019
Date

*[Signed: R. Jones]*