# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

TERRANCE WALKER,

    Plaintiff,

vs.

CHARTER COMMUNICATIONS LLC,

    Defendant.

Case No.: 3:15-CV-00556-RCJ-CBC

ORDER

IT IS HEREBY ORDERED that Plaintiff's Motion to Continue Calendar Call and Extend all Pretrial Deadlines [First Request] (ECF No. 193) is DENIED.

IT IS FURTHER ORDERED that Calendar Call shall remain on the Court's Calendar for 10:00 AM, Monday, September 16, 2019, in Reno Courtroom 3, before Judge Robert C. Jones.

IT IS FURTHER ORDERED that due to a conflict with the Court's Calendar the jury trial currently set for 8:30 AM, Monday, September 23, 2019, is VACATED and RESCHEDULED to 8:30 AM, Monday, October 7, 2019, in Reno Courtroom 3, before Judge Robert C. Jones.

IT IS SO ORDERED.

DATED: This 3rd day of September, 2019.

_____
ROBERT C. JONES