

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

TERRANCE WALKER ) CASE NO. 3:15-CV-0556-RCJ-CBC
)
Plaintiff(s), ) ORDER OF THE COURT
)
vs. )
)
CHARTER COMMUNICATIONS LLC. )
)
Defendant(s). )

The Court having ordered the jury impaneled in the above-entitled action to be kept together during the period of deliberation, now, therefore,

IT IS ORDERED that all meals for said jury shall be paid by the Clerk of the Court.

DATED this 6th day of November 2019.

ROBERT C. JONES
UNITED STATES DISTRICT JUDGE