# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TERRANCE WALKER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CHARTER COMMUNICATIONS INC., and CHARTER COMMUNICATIONS LLC,<br><br>Defendants. | Case No. 3:15-cv-00556-RCJ-CBC<br><br>**ORDER GRANTING JOINT STIPULATION TO AMEND THE PARTIES' BRIEFING SCHEDULE RE PLAINTIFF'S MOTION FOR A NEW TRIAL [ECF 267]** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 38175319.1

Plaintiff Terrance Walker ("Plaintiff") and Defendant Charter Communications, LLC ("Charter") (collectively, "the Parties"), by and through their respective counsel of record, hereby STIPULATE that GOOD CAUSE exists to request that the Court amend the Parties' briefing schedule and continue the related deadlines pertaining to Plaintiff's Motion for a New Trial Under Federal Rule of Civil Procedure 59 and for Relief from Judgment Under Federal Rule of Civil Procedure 60(b)(3) [Dkt. No. 267], for the following reasons:

WHEREAS, on January 7, 2020, Charter ordered all trial transcripts from Margaret E. Griener, CCR 33, FCRR, Official Reporter, U.S. District Court, Reno, Nevada 89501;

WHEREAS, several of the transcripts ordered by the parties in this matter were made available on January 14 and 16, 2020;

WHEREAS, on January 21, 2020, Plaintiff filed his Motion for a New Trial Under Federal Rule of Civil Procedure 59 and for Relief from Judgment Under Federal Rule of Civil Procedure 60(b)(3) ("Plaintiff's Motion for New Trial") [Dkt. No. 267];

WHEREAS, Charter's response to Plaintiff's Motion for New Trial is currently due February 4, 2020;

WHEREAS Charter in good faith believes the remaining, outstanding transcripts contain information relevant to Plaintiff's contentions in Plaintiff's Motion for New Trial, particularly the transcripts of Plaintiff's Opening Statement and Closing Argument;

WHEREAS, Charter has followed up with Ms. Griener about the remaining transcripts and was informed on January 28, 2020, that Ms. Greiner was assigned to an ongoing patent trial and would not be able to finish the trial transcripts before the week of February 3, 2020;

///

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 38175319.1

1

JOINT STIP RE BRIEFING SCHEDULE
FOR MOTION FOR NEW TRIAL
3:15-CV-00556-RCJ-CBC

WHEREAS, the Parties agree that a continuance of briefing deadlines on Plaintiff's Motion for New Trial is necessary to ensure the Parties have the necessary transcripts to respond to and reply in support of Plaintiff's Motion for New Trial;

WHEREAS, the Parties agree that the requested continuance will not prejudice either party;

WHEREAS, this is the first request for amendment of the briefing schedule for Plaintiff's Motion for New Trial by either party; and

WHEREAS, the Parties agree the requested continuance serves the interests of justice and promotes judicial economy;

THEREFORE, the Parties STIPULATE, by and through their respective counsel, subject to the Court's approval, as follows:

1. The deadline for Charter to respond to Plaintiff's Motion for New Trial is continued from February 4, 2020, to a date ten (10) court days after service of all trial transcripts from the official reporter;
2. The deadline for Plaintiff to reply in support of Plaintiff's Motion for New Trial is continued to a date ten (10) court days after Charter's deadline to respond.

IT IS SO ORDERED: Dated: January 30, 2020

_____
ROBERT C. JONES
District Judge

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES