# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TERRANCE WALKER, | Case No.: 3:15-CV-00556-RCJ-CBC |
| Plaintiff, | ORDER |
| Vs. | |
| CHARTER COMMUNICATIONS, INC.., *et al.*, | |
| Defendants. | |

LR IA 11-6. APPEARANCES, SUBSTITUTIONS, AND WITHDRAWALS (a) Unless the court orders otherwise, a party who has appeared by attorney cannot while so represented appear or act in the case. **This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court**; all filings must thereafter be made by the attorney. An attorney who has appeared for a party must be recognized by the court and all the parties as having control of the client's case, however, the court may hear a party in open court even though the party is represented by an attorney.

IT IS HEREBY ORDERED that Plaintiff's Motion to Vacate Retaliation Claims Judgments due to Fraud (and Sanction Defendant) under Both the Courts Inherent Authority and 60(b) (ECF No. 294) shall be STRICKEN from the Court docket.

IT IS SO ORDERED.

Dated this 12th day of November, 2020.

_____
ROBERT C. JONES, District Judge