**MORGAN, LEWIS & BOCKIUS LLP**
Ingrid A. Myers, Bar No. 6755
imyers@morganlewis.com
Kathryn T. McGuigan, *pro hac vice*
kmcguigan@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:    +1.213.612.2500
Fax:    +1.213.612.2501

Christopher J. Banks, *pro hac vice*
christopher.banks@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel:    +1.415.442.1000
Fax:    +1.415.442.1001

Attorneys for Defendant
CHARTER COMMUNICATIONS LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TERRANCE WALKER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CHARTER COMMUNICATIONS INC., and CHARTER COMMUNICATIONS LLC,<br><br>Defendants. | Case No. 3:15-cv-00556-RCJ-CBC<br><br>**DEFENDANT CHARTER COMMUNICATIONS LLC'S OPPOSITION TO PLAINTIFF'S MOTION FOR RELIEF FROM THE DISCRIMINATION JUDGMENT [ECF 315]** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

Defendant Charter Communications LLC ("Charter") respectfully requests the Court to deny Plaintiff Terrance Walker's ("Plaintiff") request for relief from the discrimination judgment pursuant to Federal Rules of Civil Procedure, Rule 60(b)(6) [ECF No. 315].

Plaintiff's motion seeks to relitigate the summary judgment, the trial, and the appeals in this matter. It is untimely, has no merit, is frivolous, and is a waste of the Court's and the parties' resources.

Plaintiff's claims have been given full and fair hearing both at the trial court and the Court of Appeals. No further review is necessary nor required.

For all these reasons, Charter Communications LLC requests the Court deny Plaintiff's motion and admonish him to refrain from any further motion practice in this matter.

Charter reserves its right to provide additional briefing the Court deems necessary.

Dated: July 27, 2022                    MORGAN, LEWIS & BOCKIUS LLP


                                        By */s/ Kathryn T. McGuigan*_____
                                           Ingrid A. Myers
                                           Christopher J. Banks
                                           Kathryn T. McGuigan
                                           Attorneys for Defendant,
                                           CHARTER COMMUNICATIONS LLC

DB2/ 43723394.1

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

OPP TO MTN. FOR RELIEF FROM DISCRIMINATION JUDGMENT
3:15-CV-00556-RCJ-CBC