**Terrance Walker** *Plaintiff, in propria persona*

2532 E Kimberly Dr
Ft Mohave, AZ 86426[1]
Tel: +1.775.971.8679

Email: walkerbillion@gmail.com

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TERRANCE WALKER, | ) CASE NO. 3:15-cv-0556-RCJ-CBC |
| | ) |
| Plaintiff, | ) |
| | ) **NOTICE OF APPEAL** |
| v. | ) |
| | ) |
| CHARTER COMMUNICATIONS Llc, et al | ) |
| | ) |
| Defendants. | ) |
| | ) |
| ———————————————— | ) |

NOTICE is hereby given that Plaintiff, Terrance Walker, appeals to the United States Court of Appeals for the Ninth Circuit from the order (See ECF 320) entered on Aug. 24, 2022 regarding Plaintiff's motions for relief from the judgments due to fraud *and* an intervening change of law (EFC's 314, 315).  This notice is effective immediately or, alternatively, it becomes effective upon entry of an order disposing of any remaining motion(s), if any. See FRAP4(a)(4)(B)(i)

    Respectfully Submitted,

   /s/ Terrance Walker

Terrance Walker

## CERTIFICATE OF SERVICE

The undersigned certifies that he is over the age of 18 and that on Sept 23, 2022, that he personally served, via the District Court's electronic filing system one copy of this filing to the parties listed below.
/s/ TERRANCE WALKER
signed, Terrance Walker

---

[1] Plaintiff's mailing address is also changed as noted above. It was previously 212 Hillcrest Drive #1 Reno NV 89509

Copy to:
Morgan, Lewis & Bockius LLP www.morganlewis.com
Joe Hadecek , Kathryn T. McGuigan, Christopher Banks, Joel Purles
300 South Grand Avenue, Twenty-Second Floor | Los Angeles, CA 90071- 3132 Direct: +1.213.612.7390 | Main: +1.213.612.2500 | Fax: +1.213.612.2501 |
Email: christopher.banks@morganlewis.com, kathryn.mcguigan@morganlewis.com