UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 30 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TERRANCE WALKER,<br><br>     Plaintiff-Appellant,<br><br> v.<br><br>CHARTER COMMUNICATIONS, LLC,<br><br>     Defendant-Appellee,<br><br> and<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>     Defendant. | No.    22-16467<br><br>D.C. No.<br>3:15-cv-00556-RCJ-CLB<br>District of Nevada,<br>Reno<br><br>ORDER |

Before:  CANBY, M. SMITH, and BRESS, Circuit Judges.

Appellant's motion to file a corrected motion for reconsideration (Docket Entry No. 14) is granted.

Appellant has filed a combined motion for reconsideration and motion for reconsideration en banc (Docket Entry Nos. 9, 13, 14).

The motion for reconsideration is denied and the motion for reconsideration en banc is denied on behalf of the court.  *See* 9th Cir. R. 27-10; 9th Cir. Gen. Ord. 6.11.

The request for publication (Docket Entry No. 12) is denied.

No further filings will be entertained in this closed case.

OSA174