UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 10 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

---

TERRANCE WALKER,

        Plaintiff - Appellant,

 v.

CHARTER COMMUNICATIONS,
LLC,

        Defendant - Appellee,

 and

CHARTER COMMUNICATIONS,
INC.,

        Defendant.

No. 22-16467

D.C. No. 3:15-cv-00556-RCJ-CLB
U.S. District Court for Nevada,
Reno

**MANDATE**

The judgment of this Court, entered February 27, 2023, takes effect this

date.

This constitutes the formal mandate of this Court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

                        FOR THE COURT:

                        MOLLY C. DWYER
                        CLERK OF COURT