Janine C. Prupas, Esq. (NV Bar No. 9156)
Michaela G. Jones, Esq. (NV Bar 15205)
Snell & Wilmer L.L.P.
5520 Kietzke Lane, Suite 200
Reno, Nevada 89511-3041
Telephone: 775-785-5440
Facsimile:  775-785-5441
Email: jprupas@swlaw.com
        mgjones@swlaw.com

Becky Christensen, Esq. (MO Bar No. 62798)
*(Pro Hac Vice Forthcoming)*
Thompson Coburn, LLP
One US Bank Plaza
St. Louis, MO 63101

*Attorneys for Defendants Charter Communications, LLC
and Charter Communications, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TERRANCE WALKER, | Case No. 3:15-cv-00556-RCJ-CLB |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| CHARTER COMMUNICATIONS, LLC., *et al.* | |
| Defendants. | |

PLEASE TAKE NOTICE that Janine C. Prupas and Michaela G. Jones of Snell & Wilmer L.L.P. appear in the above-entitled action on behalf of Defendants Charter Communications, LLC and Charter Communications, Inc.

//

//

//

//

//

Dated: June 29, 2026.

SNELL & WILMER L.L.P.

By: */s/ Jacey Prupas*

Janine C. Prupas, Esq. (NV Bar No. 9156)
Michaela G. Jones, Esq. (NV Bar 15205)
Snell & Wilmer L.L.P.
5520 Kietzke Lane, Suite 200
Reno, Nevada 89511-3041

Becky Christensen, Esq. (MO Bar No. 62798)
(Pro Hac Vice Forthcoming)
Thompson Coburn, LLP
One US Bank Plaza
St. Louis, MO 63101

*Attorneys for Defendants Charter*
*Communications, LLC and Charter*
*Communications, Inc.*

- 2 –

NOTICE OF APPEARANCE

**CERTIFICATE OF SERVICE**

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action.  On this date, I caused to be served a true and correct copy of the foregoing **NOTICE OF APPEARANCE** by method indicated below:

☐    **BY U.S. MAIL:**  by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada addressed as set forth below.

☒    **BY ELECTRONIC SUBMISSION:**  submitted to the above-entitled Court for electronic filing and service upon the Court's Service List for the above-referenced case.

☐    **BY EMAIL:**  by emailing a PDF of the document listed above to the email addresses of the individual(s) listed below.

and addressed to the following:

Terrance Walker
2532 E Kimberly Dr.
Ft Mohave, AZ 86426
walkerbillion@gmail.com

DATED June 29, 2026.          _/s/ Willow Cornelius_____
                         An employee of SNELL & WILMER L.L.P.

- 3 –

NOTICE OF APPEARANCE