Janine C. Prupas, Esq. (NV Bar No. 9156)
Michaela G. Jones, Esq. (NV Bar 15205)
Snell & Wilmer L.L.P.
5520 Kietzke Lane, Suite 200
Reno, Nevada 89511-3041
Telephone: 775-785-5440
Facsimile:  775-785-5441
Email: jprupas@swlaw.com
        mgjones@swlaw.com

Becky Christensen, Esq. (MO Bar No. 62798)
*(Pro Hac Vice Forthcoming)*
Thompson Coburn, LLP
One US Bank Plaza
St. Louis, MO 63101

*Attorneys for Defendants Charter Communications, LLC
and Charter Communications, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TERRANCE WALKER,<br><br>            Plaintiff,<br><br>    v.<br><br>CHARTER COMMUNICATIONS, LLC., *et al.*<br><br>            Defendants. | Case No. 3:15-cv-00556-RCJ-CLB<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR RELIEF FROM JUDGMENT** |

Defendants Charter Communications, LLC and Charter Communications, Inc. (collectively "Charter"), by and through their counsel of record Snell & Wilmer L.L.P., and for their Response to Plaintiff Terrance Walker's ("Plaintiff") Motion for Relief from Judgment [ECF No. 332], hereby state as follows:

The lengthy history of this matter speaks for itself. Both this Court and the United States Court of Appeals for the Ninth Circuit have instructed Plaintiff there are to be no additional filings in this closed matter. Now, nearly three years after the Order denying last Plaintiff's Motions for Reconsideration[1], Plaintiff once again attempts to relitigate his case. This Court should summarily deny Plaintiff's Motion for Relief from Judgment, consistent with its earlier rulings.

---

[1] ECF Nos. 329-330.

Plaintiff filed his Complaint on November 17, 2015. [ECF No. 1]. On November 6, 2019, a jury found in favor of Charter. [ECF Nos. 247, 251]. Plaintiff filed a motion for new trial, which was denied on July 8, 2020. [ECF Nos. 267, 284]. The next day, Plaintiff appealed. [ECF No. 285]. On November 10, 2020, Plaintiff filed his first motion for relief from judgment under Rule 60. [ECF No. 294]. The Court struck his Motion two days later. [ECF No. 296]. Once again, on November 12, 2020, Plaintiff appealed the Court's decision. [ECF No. 297]. On July 15, 2022, Plaintiff filed his second motion for relief from judgment under Rule 60 and the "inherent authority" of the court. [ECF Nos. 314-315]. The Court denied Plaintiff's motions on August 24, 2022. [ECF No. 320]. Plaintiff appealed this decision, and the United States Court of Appeals for the Ninth Circuit affirmed the Court's decision on February 27, 2023. [ECF No. 324, 327].

Plaintiff now seeks relief under Rule 60(b) and the ambiguous "inherent authority" of the court, for the third time.[2] Plaintiff argues he qualifies as a "prescient litigant" pursuant to *Ratha v. Rubicon Resources, LLC*, 168 F.4th 541, 547 (9th Cir. 2026), but neither the term "prescient" nor "litigant" appear in the *Rubicon Resources, LLC* decision.

Furthermore, Plaintiff's Motion seeks to relitigate the summary judgment, the trial, the appeals, and the previous well-reasoned decisions already entered in this matter. Plaintiff's Motion is untimely, has no merit, is frivolous, and is a waste of the Court's and the parties' resources. Plaintiff's claims have been given full and fair hearing both at the trial court and the United States Court of Appeals for the Ninth Circuit. No further review is required or permitted by any appropriate application of the Federal Rules of Civil Procedure.

Charter respectfully requests the Court deny Plaintiff's Motion, admonish him to refrain from any further motion practice in this matter, and for such other and further relief as the Court deems just and proper. Charter reserves its right to provide additional briefing the Court deems necessary.

---

[2] "Plaintiff mentions the 'inherent authority' standard but does nothing to explain why the Court should apply it or what it is." ECF No. 328 at 3.

**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR RELIEF FROM JUDGMENT**

Dated: June 29, 2026.                              SNELL & WILMER L.L.P.

                                       By:  /s/ Jacey Prupas
                                            Janine C. Prupas, Esq. (NV Bar No. 9156)
                                            Michaela G. Jones, Esq. (NV Bar 15205)
                                            Snell & Wilmer L.L.P.
                                            5520 Kietzke Lane, Suite 200
                                            Reno, Nevada 89511-3041

                                            Becky Christensen, Esq. (MO Bar No. 62798)
                                            (Pro Hac Vice Forthcoming)
                                            Thompson Coburn, LLP
                                            One US Bank Plaza
                                            St. Louis, MO 63101

                                            *Attorneys for Defendants Charter
                                            Communications, LLC and Charter
                                            Communications, Inc.*

**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR RELIEF FROM JUDGMENT**

SNELL & WILMER

**CERTIFICATE OF SERVICE**

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action.  On this date, I caused to be served a true and correct copy of the foregoing **DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR RELIEF FROM JUDGMENT** by method indicated below:

☐     **BY U.S. MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada addressed as set forth below.

☒     **BY ELECTRONIC SUBMISSION:** submitted to the above-entitled Court for electronic filing and service upon the Court's Service List for the above-referenced case.

☐     **BY EMAIL:** by emailing a PDF of the document listed above to the email addresses of the individual(s) listed below.

and addressed to the following:

Terrance Walker
2532 E Kimberly Dr.
Ft Mohave, AZ 86426
walkerbillion@gmail.com

DATED June 29, 2026.           ___/s/ Willow Cornelius____ _____
                                  An employee of SNELL & WILMER L.L.P.

SNELL & WILMER

DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR RELIEF FROM JUDGMENT