**UNITED STATES DISTRICT COURT
FOR NEVADA**

|  |  |
|---|---|
| **Terrance WALKER**, <br>       Plaintiff, <br><br>   v. <br><br> **Charter Communications Inc, et. Al.** <br>       Defendants. | **CV 3:15-cv-00556-RCJ-CLB** <br><br> **ORDER** |

BEFORE THE COURT is Plaintiff's Motion to Strike (ECF No. 336). The Court having reviewed the record, noting that Defendants have failed to file points and authorities within the period prescribed by the local rules, and pursuant to Local Rule LR 7-2(d) operating as an explicit procedural concession:

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Strike (ECF No. 336) is **GRANTED** in its entirety.

**IT IS FURTHER ORDERED** that the non-compliant, unauthorized filings entered at **ECF Nos. 333 and 334** are hereby **STRICKEN** from the record.

**IT IS SO ORDERED.**

Dated: This _____ day of _____, 2026.

_____

ROBERT C. JONES, District Judge

1