Jacey Prupas, Esq. (NV Bar No. 9156)
Michaela G. Jones, Esq. (NV Bar No. 15205)
Snell & Wilmer L.L.P.
5520 Kietzke Lane, Suite 200
Reno, NV 89511-3041
Telephone: 775-785-5540
Facsimile: 775-785-5541
Email: jprupas@swlaw.com
        mgjones@swlaw.com

Becky M. Christensen. Esq. (MO Bar No. 62798)
*(Pro Hac Vice Forthcoming)*
Thompson Coburn, LLP
One US Bank Plaza
St. Louis, MO 63101
Telephone: 314-552-6000
Facsimile: 314-552-7000
Email: bchristensen@thompsoncoburn.com

*Attorneys for Defendants Charter Communications, LLC
and Charter Communications, Inc.*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| TERRANCE WALKER, <br><br> Plaintiff, <br><br> v. <br><br> CHARTER COMMUNICATIONS, LLC., *et al.* <br><br> Defendants. | Case No. 3:15-cv-00556-ART-CLB <br><br> **DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFF'S NOTICE OF ABSOLUTE PROCEDURAL DEFAULT AND NOTICE OF NON-COMPLIANCE PURSUANT TO LR 7-2(d) ENTERED IN VIOLATION OF LR 11-6 AND 11-2** |

Come now, Defendants Charter Communications, LLC and Charter Communications, Inc. (collectively "Defendants"), by and through their counsel of record Snell & Wilmer L.L.P., and for their Response in Opposition to Plaintiff Terrance Walker's ("Plaintiff") Notice of Absolute Procedural Default and Notice of Non-Compliance Pursuant to LR 7-2(D) Entered in Violation of LR 11-6 and 11-2 [ECF No. 337], hereby state as follows:

On June 15, 2026, Plaintiff filed a Motion for Relief from Judgment Pursuant to Fed. R. Civ. P. 60(b)(6). Plaintiff's motion, which was filed nearly three years after the Ninth Circuit closed the matter and instructed him not to file any additional papers, is baseless. On June 29, 2026, Defendants (represented by *both* local counsel and national counsel for Defendants), submitted their opposition.

1

4914-2981-7279

Since Defendants filed their opposition to Plaintiff's untimely and unsupported motion, he has initiated a flurry of pleadings in a manner consistent with his litigation style during the original pendency of this matter. The present Notice of Absolute Procedural Default and Notice of Non-Compliance is also entirely baseless. Defendants have provided the Court with a succinct and reasonable argument as to why Plaintiff's Motion for Relief from Judgment must be denied in its entirety. There is no procedural defect, and, despite Plaintiff's fixation on out-of-state attorneys, Defendants' response was signed by Nevada-licensed attorneys.

Defendants cannot be bullied into relitigating a matter that is completely resolved, and Plaintiff must be instructed by this Court (again) to cease filing on this case. As such, Defendants respectfully requests the Court deny Plaintiff's Motion and Notice, admonish him to refrain from any further motion practice in this matter, and for such other and further relief as the Court deems just and proper. Defendants reserve their right to provide additional briefing the Court deems necessary.

DATED:  July 22, 2026

SNELL & WILMER L.L.P

By:  /s/ Jacey Prupas

Jacey Prupas, Esq. (NV Bar No. 9156)
Michaela G. Jones, Esq. (NV Bar No. 15205)
Snell & Wilmer L.L.P.
5520 Kietzke Lane, Suite 200
Reno, NV 89511-3041

Becky M. Christensen. Esq. (MO Bar No. 62798)
*(Pro Hac Vice Forthcoming)*
Thompson Coburn, LLP
One US Bank Plaza
St. Louis, MO 63101

*Attorneys for Defendants Charter Communications, LLC and Charter Communications, Inc.*

DEFENDANTS' RESPONSE TO PLAINTIFF'S NOTICE OF
PROCEDURAL DEFAULT AND NOTICE OF NONCOMPLIANCE

4914-2981-7279

**<u>CERTIFICATE OF SERVICE</u>**

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action.  On this date, I caused to be served a true and correct copy of the foregoing **DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFF'S NOTICE OF ABSOLUTE PROCEDURAL DEFAULT AND NOTICE OF NON-COMPLIANCE PURSUANT TO LR 7-2(D) ENTERED IN VIOLATION OF LR 11-6 AND 11-2** by method indicated below:

☐ **BY U.S. MAIL:**  by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada addressed as set forth below.

☒ **BY ELECTRONIC SUBMISSION:**  submitted to the above-entitled Court for electronic filing and service upon the Court's Service List for the above-referenced case.

☐ **BY EMAIL:**  by emailing a PDF of the document listed above to the email addresses of the individual(s) listed below.

and addressed to the following:

Terrance Walker
2532 E Kimberly Dr.
Ft Mohave, AZ 86426
walkerbillion@gmail.com

DATED July 22, 2026.                     */s/ Willow Cornelius*

An employee of SNELL & WILMER L.L.P.

DEFENDANTS' RESPONSE TO PLAINTIFF'S NOTICE OF
PROCEDURAL DEFAULT AND NOTICE OF NONCOMPLIANCE

4914-2981-7279