**Terrance Walker**
518 Duong 3/2 Dist 10
Ho Chi Minh City Vietnam
Tel: (775) 971-8679
**Plaintiff, in propria persona**
walkerbillion@gmail.com

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Terrance WALKER,
                Plaintiff,

        v.

Charter Communications Inc, et. Al.
                Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**Case No. 3:15-cv-00556-ART-CLB**

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITIES IN SUPPORT OF MOTION TO STRIKE (ECF NO. 341)**

---

**TO THE HONORABLE COURT AND ALL COUNSEL OF RECORD**

Plaintiff hereby submits supplemental controlling and persuasive authorities in support of his pending Motion to Strike Defendants' Response (ECF No. 341):

**1. *Winterrowd v. American General Annuity Ins. Co.*, 556 F.3d 815, 823 (9th Cir. 2009)**

*Relevance to ECF No. 341:* In *Winterrowd*, the Ninth Circuit explicitly established the mandatory nature of *pro hac vice* compliance for out-of-state counsel listed on federal court filings:

*"An out of state attorney must still apply for pro hac vice admission if that attorney appears in court, signs pleadings, or is the exclusive contact in a case with the client or opposing counsel. Moreover, an attorney may not receive attorney's fees under the holding in this case if there is evidence he did not meet the legal qualifications to be admitted pro hac vice to the bar of the relevant court had he applied..."*

1

This controlling Ninth Circuit precedent refutes Defendants' contention that local counsel's signature excuses or cures out-of-state counsel's active appearance on federal pleadings without satisfying the mandatory gateway requirements of **LR IA 11-2(c)** or the strict 14-day compliance cap under **LR IA 11-2(e)**.

**2. *Secure Matrix LLC v. Dress Barn Omni, Inc.*, C.A. No. 25-1530-CFC (D. Del. Jan. 30, 2026)**

*Relevance to ECF No. 341:* In *Secure Matrix*, Chief Judge Colm F. Connolly formally refused to entertain or consider court filings submitted under an unadmitted out-of-state attorney's "forthcoming" *pro hac vice* placeholder tag, issuing the following Oral Order:

*"ORAL ORDER: The Court is not willing to entertain the parties' proposed stipulation before [plaintiff's attorney]'s 'forthcoming' pro hac vice motion is filed and ruled upon. Ordered by Judge Colm F. Connolly on 1/30/2026."*

***Conclusion****:* Together, *Winterrowd* and *Secure Matrix* demonstrate that federal courts will not entertain filings submitted by unadmitted out-of-state attorneys operating under "forthcoming" placeholders. Because Defendants blew past the mandatory 14-day compliance cap and single filing exceptions under **LR IA 11-2(e)**, ECF Nos. 333, 334, and 340 are subject to being struck under **LR IA 11-2(j)**.

Respectfully submitted,

/s/ Terrance Walker

**Terrance Walker**      DATED: July 23, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on July 23, 2026, I electronically filed the foregoing PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITIES IN SUPPORT OF MOTION TO STRIKE (ECF NO. 341) with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record. DATED: July 23, 2026.

 /s/ Terrance Walker

 **Terrance Walker**