# EXHIBIT 1

# EXHIBIT 1

# The Supreme Court of Missouri



## Certificate of Admission as an Attorney at Law

I, Betsy Ledgerwood, Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on 9/15/2010,

# Rebecca Murphy Christensen

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 21st day of July, 2026.

Betsy Ledgerwood

Clerk of the Supreme Court of Missouri



# Attorney Registration and Disciplinary Commission
## of the
### Supreme Court of Illinois
### www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600 (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive
Suite 301
Springfield, IL 62704
(217) 522-6838 (800) 252-8048
Fax (217) 522-2417

Chicago
7/23/2026

Re: Rebecca Murphy Christensen
Attorney No. 6305626

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and this office reflect that Rebecca Murphy Christensen was admitted to practice law in Illinois on 11/10/2011; is currently registered on the master roll of attorneys entitled to practice law in this state; has never been disciplined and is in good standing.

Very truly yours,
Lea S. Gutierrez
Administrator

By: _____
Andrew Oliva
Registrar