Jacey Prupas, Esq. (NV Bar No. 9156)
Michaela G. Jones, Esq. (NV Bar No. 15205)
Snell & Wilmer L.L.P.
5520 Kietzke Lane, Suite 200
Reno, NV 89511-3041
Telephone: 775-785-5540
Facsimile: 775-785-5541
Email: jprupas@swlaw.com
        mgjones@swlaw.com

Becky M. Christensen. Esq. (MO Bar No. 62798)
*(Pro Hac Vice Pending)*
Thompson Coburn, LLP
One US Bank Plaza
St. Louis, MO 63101
Telephone: 314-552-6000
Facsimile: 314-552-7000
Email: bchristensen@thompsoncoburn.com

*Attorneys for Defendants Charter Communications, LLC
and Charter Communications, Inc.*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TERRANCE WALKER,<br><br>             Plaintiff,<br><br>      v.<br><br>CHARTER COMMUNICATIONS, LLC., *et al.*<br><br>             Defendants. | Case No. 3:15-cv-00556-ART-CLB<br><br>**DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTIONS TO STRIKE AND MOTION FOR SANCTIONS** |

Come now, Defendants Charter Communications, LLC and Charter Communications, Inc. (collectively "Defendants"), by and through their counsel of record Snell & Wilmer L.L.P., and for their Response in Opposition to Plaintiff Terrance Walker's ("Plaintiff") Motion to Strike Defendants' Unauthorized Appearance Entered in violation of LR IA 11-6 and LR IA 11-2 [ECF No. 336], Motion to Strike Defendants' Response and Omnibus Notice of Unrebutted Concessions [ECF No. 341], Notice of Supplemental Authorities in Support of Motion to Strike [ECF No. 342], Motion for Sanctions Pursuant to LR IA 11-8 For Multiple and Redundant LR Violations [ECF No. 343], and Motion to Strike Defendants' Improper and Untimely Verified Petition for Pro Hac Vice Admission [ECF No. 345] hereby state as follows:

1

On June 15, 2026, Plaintiff filed a Motion for Relief from Judgment Pursuant to Fed. R. Civ. P. 60(b)(6). Plaintiff's motion, which was filed nearly three years after the Ninth Circuit closed the matter and instructed him not to file any additional papers, is baseless. On June 29, 2026, Defendants (represented by *both* local counsel and national counsel for Defendants), submitted their opposition. On July 22, 2026, Defendants filed their Response in Opposition to Plaintiff's Notice of Absolute Procedural Default and Notice of Non-Compliance Pursuant to LR 7-2(d) Entered in Violation of LR 11-6 and 11-2. [ECF No. 340]. On July 24, 2026, Defendants filed the Verified Petition for Permission to Practice in this Case Only by Becky M. Christensen. [ECF No. 342].

Since Defendants filed their opposition to Plaintiff's untimely and unsupported Motion for Relief from Judgment, he has initiated a flurry of pleadings in a manner consistent with his litigation style during the original pendency of this matter. The filings addressed here, ECF Nos. 336, 341, 342, 343, and 345, surround Plaintiff's fixation with Defendants' out-of-state attorney. Defendants' filings have been signed by Nevada-licensed attorneys. Further, Defendants have cured any alleged defect by filing a Verified Petition for Permission to Practice in this Case Only by Becky M. Christensen. [ECF No. 342]. Plaintiff was in no way prejudiced by Defendants' late Verified Petition, and Defendants were represented by local counsel at all times. As such, Plaintiff's Motions to Strike and Motion for Sanctions [ECF Nos. 336, 341, 342, 343, and 345] should be denied or otherwise disregarded.

Defendants respectfully requests the Court deny Plaintiff's Motions and Notice, admonish him to refrain from any further motion practice in this matter, and for such other and further relief as the Court deems just and proper. Defendants reserve their right to provide additional briefing the Court deems necessary.

DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTIONS TO STRIKE AND MOTION FOR SANCTIONS
4917-3661-5109

DATED:  August 5, 2026                    SNELL & WILMER L.L.P

By:    /s/ Jacey Prupas
       Jacey Prupas, Esq. (NV Bar No. 9156)
       Michaela G. Jones, Esq. (NV Bar No. 15205)
       Snell & Wilmer L.L.P.
       5520 Kietzke Lane, Suite 200
       Reno, NV 89511-3041

       Becky M. Christensen. Esq. (MO Bar No. 62798)
       *(Pro Hac Vice Pending)*
       Thompson Coburn, LLP
       One US Bank Plaza
       St. Louis, MO 63101

       *Attorneys for Defendants Charter
       Communications, LLC and Charter
       Communications, Inc.*

DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTIONS TO STRIKE AND MOTION FOR SANCTIONS
4917-3661-5109

**CERTIFICATE OF SERVICE**

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action.  On this date, I caused to be served a true and correct copy of the foregoing **DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTIONS TO STRIKE AND MOTION FOR SANCTIONS** by method indicated below:

☐ **BY U.S. MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada addressed as set forth below.

☒ **BY ELECTRONIC SUBMISSION:** submitted to the above-entitled Court for electronic filing and service upon the Court's Service List for the above-referenced case.

☐ **BY EMAIL:** by emailing a PDF of the document listed above to the email addresses of the individual(s) listed below.

and addressed to the following:

Terrance Walker
2532 E Kimberly Dr.
Ft Mohave, AZ 86426
walkerbillion@gmail.com

DATED August 5, 2026.                     ___/s/ Willow Cornelius_____

An employee of SNELL & WILMER L.L.

DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTIONS TO STRIKE AND MOTION FOR SANCTIONS
4917-3661-5109