SNELL & WILMER

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

TERRANCE WALKER,

Plaintiff,

v.

CHARTER COMMUNICATIONS, LLC., *et al.*

Defendants.

3:15-cv-00556-ART-CLB

**ORDER APPROVING**

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

**(FILING FEE $250.00)**

Becky M. Christensen, Petitioner, respectfully represents to the Court as follows:

1. That Petitioner is an attorney at law and a member of the law firm of Thompson Coburn LLP, with offices at One US Bank Plaza, Suite 2700, St. Louis, Missouri 63101; telephone (314) 552-6233; email bchristensen@thompsoncoburn.com.

2. That Petitioner has been retained personally or as a member of the above-named law firm by Charter Communications, Inc. and Charter Communications, LLC to provide legal representation in connection with the above-entitled case now pending before this Court.

3. That since September 15, 2010, Petitioner has been, and presently is, a member in good standing of the bar of the highest court of the State of Missouri, where Petitioner regularly

practices law. Certificates from the state bar or clerk of the highest admitting court of each state in which Petitioner has been admitted to practice, certifying that Petitioner's membership therein is in good standing, are attached hereto as **Exhibit 1**.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States, and courts of other states on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said courts:

- United States District Court for the Eastern District of Missouri (admitted December 9, 2010).
- United States District Court for the Western District of Missouri (admitted September 7, 2012).
- United States District Court for the Central District of Illinois (admitted October 26, 2022).
- United States District Court for the Northern District of Illinois (admitted June 29, 2023).
- United States District Court for the Southern District of Illinois (admitted November 27, 2019).
- United States District Court for the District of Kansas (admitted April 21, 2026).
- State of Missouri (admitted September 15, 2010).
- State of Illinois (admitted November 10, 2011).

5. That there are no disciplinary proceedings instituted against Petitioner, nor any suspension of any license, certificate, or privilege to appear before any judicial, regulatory, or administrative body, nor any resignation or termination in order to avoid disciplinary or disbarment proceedings.

6. That Petitioner has never been denied admission to the State Bar of Nevada.

7. That Petitioner is a member in good standing of the bar associations of the jurisdictions identified in Paragraph 4 above.

SNELL & WILMER

8. That Petitioner has not filed any application to appear as counsel under Local Rule IA 11-2 in this Court during the past three (3) years.

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys, to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of members of the bar of this Court.

11. Petitioner has disclosed in writing to Charter Communications, Inc. and Charter Communications, LLC that Petitioner is not admitted to practice in this jurisdiction, and Charter Communications, Inc. and Charter Communications, LLC have consented to such representation.

WHEREFORE, Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct. Executed on July 27, 2026.

Rebecca M. Christensen

Becky M. Christensen, Petitioner

SNELL & WILMER

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO**

Pursuant to the requirements of the Local Rules of Practice for this Court, Petitioner believes it to be in the best interests of the client(s) to designate Janine C. Prupas, Esq. (NV Bar No. 9156), a member of the State Bar of Nevada and previously admitted to practice before the above-entitled Court, as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

Snell & Wilmer L.L.P.
5520 Kietzke Lane, Suite 200
Reno, Nevada 89511-3041
Telephone: 775-785-5440
Email: jprupas@swlaw.com

**CONSENT OF DESIGNEE**

By this designation, Petitioner and the undersigned parties agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of them.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

Charter Communications, LLC and Charter Communications, Inc. appoint Janine C. Prupas, Esq. as their Designated Resident Nevada Counsel in this case.

By: ______________________
Authorized Representative of Charter Communications, LLC
and Charter Communications, Inc.

//

//

//

//

//





SNELL & WILMER

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

Dated: July 27, 2026.

SNELL & WILMER L.L.P.

By: */s/ Jacey Prupas*

Janine C. Prupas, Esq. (NV Bar No. 9156)
Michaela G. Jones, Esq. (NV Bar 15205)
Snell & Wilmer L.L.P.
5520 Kietzke Lane, Suite 200
Reno, Nevada 89511-3041

*Attorneys for Defendants Charter Communications, LLC and Charter Communications, Inc.*

**APPROVED.**

Anne R. Traum
United States District Judge

Dated this 30th day of September, 2026

SNELL & WILMER

SNELL & WILMER

## CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL** by method indicated below:

☐ **BY U.S. MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada addressed as set forth below.

☒ **BY ELECTRONIC SUBMISSION:** submitted to the above-entitled Court for electronic filing and service upon the Court's Service List for the above-referenced case.

☐ **BY EMAIL:** by emailing a PDF of the document listed above to the email addresses of the individual(s) listed below.

and addressed to the following:

Terrance Walker
2532 E Kimberly Dr.
Ft Mohave, AZ 86426
walkerbillion@gmail.com

DATED July 27, 2026.

*/s/ Willow Cornelius*
An employee of SNELL & WILMER L.L.P.

# EXHIBIT 1

EXHIBIT 1

# *The Supreme Court of Missouri*

## *Certificate of Admission as an Attorney at Law*

I, Betsy Ledgerwood, Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on 9/15/2010,

## *Rebecca Murphy Christensen*

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 21st day of July, 2026.

Betsy Ledgerwood

Clerk of the Supreme Court of Missouri

Attorney Registration and Disciplinary Commission
of the
Supreme Court of Illinois
www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600 (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive
Suite 301
Springfield, IL 62704
(217) 522-6838 (800) 252-8048
Fax (217) 522-2417

Chicago
7/23/2026

Re: Rebecca Murphy Christensen
Attorney No. 6305626

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and this office reflect that Rebecca Murphy Christensen was admitted to practice law in Illinois on 11/10/2011; is currently registered on the master roll of attorneys entitled to practice law in this state; has never been disciplined and is in good standing.

Very truly yours,
Lea S. Gutierrez
Administrator

By: ____________________
Andrew Oliva
Registrar