**Terrance Walker**
Unit C105, Opal Gardens, Street 20, Hiep Binh Chanh Ward,
Thu Duc City, Ho Chi Minh City, Vietnam 70000
Tel: (775) 971-8679
**Plaintiff, in propria persona**
**walkerbillion@gmail.com**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| **Terrance WALKER**, Plaintiff,<br><br>v.<br><br>**Charter Communications Inc, et. Al.** Defendants. | ) | **Case No. 3:15-cv-00556-ART-CLB**<br><br>**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY (CERTIORARI DENIED, RUBICON RESOURCES, LLC V. RATHA, NO. 26-105)** |

**TO THE HONORABLE COURT AND ALL COUNSEL OF RECORD:**

Plaintiff Terrance Walker, appearing in propria persona, respectfully submits this notice of supplemental authority concerning authority cited in his Motion for Relief from Judgment (ECF No. 332) and Reply (ECF No. 335).

On October 13, 2026, the Supreme Court of the United States denied the petition for a writ of certiorari in *Rubicon Resources, LLC v. Ratha*, No. 26-105. The en banc decision of the Ninth Circuit, *Ratha v. Rubicon Resources, LLC*, 168 F.4th 541 (9th Cir. 2026) (en banc)("Ratha III"), is therefore final and remains binding law of this Circuit.

Respectfully submitted,

/s/ Terrance Walker

**Terrance Walker** DATED: October 14, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2026, I electronically filed the foregoing PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY (CERTIORARI DENIED, RUBICON RESOURCES, LLC V. RATHA, NO. 26-105) with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

DATED: October 15, 2026.

/s/ Terrance Walker

**Terrance Walker** DATED: October 14, 2026